**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

NO. 25-2762

---

GREGORY HARTMANN; JOHN HAYS; DEWAYNE BAILEY; ISHAQ BRYANT; HOWARD CHAPMAN; CHRISTO BELONY; And ROBERT EDWARDS, on behalf of themselves and all others similarly situated,

*Appellants*

v.

HON. BRIAN CHUDZIK; HON. EDWIN TOBIN; HON MILES BIXLER; HON. ANDREW LEFEVER, in their official capacities as Magisterial District Judges;
LANCASTER COUNTY;
WARDEN OF THE LANCASTER COUNTY PRISON,

*Appellees*

---

Appellants' and Magisterial District Judge Appellees' Unopposed Joint Motion For 21-Day Extension Of Time To File Rehearing Petition

---

On Appeal from the United States District Court for the Eastern District of Pennsylvania, D.C. Civ. A. No. 5:22-cv-1588

---

Appellants Gregory Hartmann, John Hays, Dewayne Bailey, Ishaq Bryant, Howard Chapman, Christo Belony, and Robert Edwards (Appellants) and Appellees Hon. Brian Chudzik, Hon. Edwin Tobin, Hon. Miles Bixler, and Hon. Andrew Lefever (MDJ Appellees) jointly move this Court for a 21-day extension of time in which to file their petitions for panel rehearing and/or rehearing en banc, from August 14, 2026, to September 4, 2026. The motion is unopposed and supported by good cause based on the following:

1. The panel issued its opinion on July 31, 2026. A petition for rehearing is due within 14 days of the entry of judgment, which is August 14, 2026. *See* Fed. R. App. P. 35(c) & 40(a).

2. Because of counsel's other ongoing litigation, including filing an appellate brief on August 7, 2026, in *Weisen v. Northumberland County Dept. of Adult Probation and Parole*, No. 26-1347, as well as lead counsel's vacation schedule, counsel for MDJ Appellees will not be able to devote the requisite time required to prepare and file a thorough and comprehensive rehearing petition without the requested extension of time.

3. Appellants' counsel also requires additional time to file a rehearing petition due to vacation schedules and other pressing litigation matters.

4. Because of the short time available for filing a rehearing petition in this case, which involves complex and important issues, Appellants and MDJ Appellees jointly seek an extension of 21 days to file their petitions, until September 4, 2026.

5. Counsel for Appellees Lancaster County and Warden Steberger has no objection to the requested extension.

Respectfully submitted,


*/s/ Stuart T. Steinberg*
Stuart T. Steinberg
**DECHERT LLP**
2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000
stuart.steinberg@dechert.com

Richard Ting
Sara J. Rose
**AMERICAN CIVIL LIBERTIES**

*/s/Megan Mallek*
**MEGAN MALLEK, ESQUIRE**
**MICHAEL DALEY, ESQUIRE**
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486
***Attorneys for MDJ Appellees***

**UNION OF PENNSYLVANIA**
P.O. Box 23058
Pittsburgh, PA 15222
(412) 681-7736
rting@aclupa.org
srose@aclupa.org

Ariel Shapell
Solomon Furious Worlds
**AMERICAN CIVIL LIBERTIES**
**UNION OF PENNSYLVANIA**
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513
ashapell@aclupa.org
sfworlds@aclupa.org
***Attorneys for Appellants***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on *August 11, 2026,* she personally caused to be served a true and correct copy of the foregoing *Joint Motion for Extension of Time to File Rehearing Petition*, via CM/ECF to all counsel of record listed.


***S/Megan Mallek***
**MEGAN MALLEK, ESQUIRE**
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486
*Counsel for MDJ Appellees*